J. SCOTT RUSSO, ESQ., BAR NO. 155631
RUSSO & DUCKWORTH, LLP
9090 IRVINE CENTER DRIVE, SECOND FLOOR
IRVINE, CA 92618
TELEPHONE: (949) 752-7106
FACSIMILE: (949) 752-0629
ATTORNEY FOR PLAINTIFF GUY HINGSTON

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY HINGSTON, AN INDIVIDUAL<br><br>Plaintiff(s),<br>v.<br><br>GOOGLE, INC., A DELAWARE CORPORATION, AND DOES 1-10, INCLUSIVE.<br><br>Defendant(s). | CASE NUMBER<br>SACV12-02202-JST(ANx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

3-7-13
Date

*[signature]*
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*